FILED
2011 May-09  PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONNA J. LAUDERDALE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: CV-10-AR-2822-S |
| **CHASE BANK, USA, N.A.,** | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

The parties to this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, with prejudice, each party bearing her/its own costs.

                                                                                      s/ Charles J. Lorant
                                                                                      Charles J. Lorant
                                                                                      Attorney for Plaintiff
                                                                                      Donna J. Lauderdale

Of Counsel

**GATHINGS LAW**
2100 Third Avenue North, Suite 900
Birmingham, Alabama 35203
Telephone: (205) 322-1201
Facsimile: (205) 322-1202

2

                                      s/ Lee M. Pope
                                      Lee M. Pope
                                      Attorney for Defendant
                                      Chase Bank USA, N.A.

Of Counsel

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village
Suite 901
Birmingham, AL 35209
Telephone:     (205) 458-9400
Facsimile:     (205) 458-9500

W0792336.DOC